KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:     (415) 249-8330
Facsimile:     (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>BO LING and DOES 1-10,<br><br>Defendants. | Case No. CV 10-00551 MMC<br><br>[PROPOSED] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3) |

WHEREAS Plaintiff Chanel, Inc. ("Chanel"), filed its *Ex Parte* Application For Order Authorizing Alternate Service of Process on Defendant Pursuant To Federal Rule Of Civil Procedure 4(f)(3) ("Plaintiff's *Ex Parte* Application");

WHEREAS Plaintiff has shown good cause why leave should be granted allowing service of the Summons and Complaint in this matter upon Defendant Bo Ling via e-mail; and

The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in regards to Plaintiff's *Ex Parte* Application, hereby grants Plaintiff's *Ex Parte* Application and grants leave to Plaintiff to serve the Summons and Complaint upon Defendant Bo Ling by e-mail at the e-mail addresses

1  bolingchina@163.com, chrisclt@msn.com, hgfhclt@msn.com, fhft@msn.com, gkt@msn.com,
2  QQ@163.com, y57fsclt@msn.com, and sales@replica031.com

5  Dated: April 1, 2010

   _____
   MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE