KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:     (415) 249-8330
Facsimile:      (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC.,<br>a New York corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BO LING<br>and DOES 1-10,<br><br>        Defendants. | Case No. CV 10-00551 MMC<br><br>ORDER GRANTING<br><br>**PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT<br>**Current CMC Date:  May 21, 2010**<br><br>**Courtroom 7, 19th Floor** |

Plaintiff, Chanel, Inc. ("Chanel"), by and through its undersigned counsel, hereby requests as follows:

WHEREAS, on February 22, 2010 the Court set the Scheduling Conference in the above-captioned matter for May 21, 2010 (*see* e-docket no. 8);

WHEREAS, on April 5, 2010 the Defendant, Bo Ling, was served with the Summons, Complaint and all other pleadings in this matter (*see* e-docket no. 14), to which no response was filed;

WHEREAS, based on Plaintiff's May 4, 2010 Application, default was entered against the Defendant on May 6, 2010 (*see* e-docket no.18);

WHEREAS, Plaintiff is currently in the process of preparing its Motion for Final Default Judgment, and anticipates filing same with the Court within the next thirty days; and

1

1  NOW, THEREFORE, in the interest of judicial efficiency, Plaintiff respectfully requests that
2  the Case Management Conference in the above matter be removed from calendar pending issuance
3  of an Order in connection with Plaintiff's Motion for Final Default Judgment.

4  Dated: May 12, 2010                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

6                                         By: _____/S/_____
7                                            ANNE E. KEARNS
                                             Attorneys for Plaintiff Chanel, Inc.

9                                    **ORDER**

10 PURSUANT TO THE REQUEST, IT IS SO ORDERED.  Further, no later than June 18, 2010,
11 plaintiff is DIRECTED to file a motion for default judgment or a statement indicating why it should
   not be required to do so.  The Case Management Conference is CONTINUED from May 21, 2010
12 DATED: May  13 , 2010.                                                  to August 27, 2010.

                                     _____
                                     Hon. Maxine M. Chesney
                                     United States District Judge

2

100367    REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
          Case No.: 10-cv-00551 MMC