IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTABLISHED MEN, INC.,

    Plaintiffs,

v.

TELIGENCE (US) INC.,

    Defendant.
_____/

No. C-10-0550-EDL

**ORDER GRANTING SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Plaintiff has filed a request that the Case Management Conference currently set for June 15, 2010 be continued until at least July 27, 2010 to allow the parties to continue their attempts to settle the action. Good cause appearing, the Case Management Conference is hereby continued from June 15, 2010 to July 27, 2010.

    **IT IS SO ORDERED.**

Dated: June 14, 2010

    _____
    ELIZABETH D. LAPORTE
    United States Magistrate Judge