KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice*) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., <br><br> Plaintiff, <br> v. <br><br> BO LING <br> and DOES 1-10, <br><br> Defendants. | Case No. CV 10-00551 MMC <br><br> **[AMENDED PROPOSED] DEFAULT JUDGMENT** |

THIS MATTER having come before the Court upon Plaintiff, Chanel, Inc.'s Motion for Final Default Judgment against Defendant Bo Ling, and the Court having considered the moving papers and there being no opposition thereto;

IT IS HEREBY ORDERED that Plaintiff's Motion for Final Default Judgment is GRANTED, and judgment is entered in favor of Plaintiff, Chanel, Inc., a New York corporation, with its principal place of business in the United States located at Nine West 57th Street, New York, New York 10019, and against Defendant Bo Ling;

IT IS FURTHER ORDERED AND ADJUDGED

1. Pursuant to 15 U.S.C. § 1117(c) Plaintiff is awarded statutory damages against Defendant in the amount of Four Hundred and Twenty Thousand Dollars and Zero Cents ($420,000.00), for which let execution issue;

2. Pursuant to 15 U.S.C. § 1117(d) Plaintiff is awarded statutory damages against Defendant in the amount of One Hundred and Fifty Thousand Dollars and Zero Cents ($150,000.00), for which let execution issue;

3. Plaintiff is awarded costs against Defendant in the amount of Six Hundred and Fifty Dollars and Zero Cents ($650.00), for which let execution issue;

4. Prejudgment interest from the date this action was served shall accrue at the legal rate;

5. In order to give practical effect to the Permanent Injunction, the domain names identified on the attached Schedule "A" (collectively the "Subject Domain Names") are hereby ordered to be immediately transferred by Defendant, his assignees and/or successors in interest or title, and the Registrars to Plaintiff's control.  To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiff's control within ten (10) days of receipt of this judgment, the United States based Registry shall, within thirty (30) days, transfer the Subject Domain Names to a United States based Registrar of Plaintiff's choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiff; and

6. Upon Plaintiff's request, the top level domain (TLD) Registries for the Subject Domain Names, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status, thus removing them from the TLD zone files maintained by the Registry which link the Subject Domain Name to the IP address where the associated website is hosted.

IT IS SO ORDERED

Dated: __August 2, 2010_____

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

# SCHEDULE "A"
# SUBJECT DOMAIN NAMES

2009watches.com
21replicawatch.com
5brandbags.com
5handbags.com
7discounthandbags.com
7luxuryshoes.com
7replicabags.com
7replicas.com
aaa-handbags.com
aaa-replica-watch.com
awatches.net
bagplace.net
bagsbrand.com
bagscenter.net
bagsmall.net
bagss.net
bagssquare.com
bags-watches.com
beauty24shop.net
brand-watches.net
buyswissarmywatches.com
chanel-bags.net
chanel-handbag.net
cheapmenwatches.net
cnreplicas.com
echandbag.net
efashion-replica.com
elux-bags.com
fake-designer.com
fakewatchess.com
fashion163.com
get88items.com
global-replica-watches.com
gods-shopping.com
gowatches.cn
handbagangels.net
handbag-handbags.com
handbags-handbag.com
handbagsmarketing.com
handbags-shopping.com
handbagsshopping.net
handbags-wholesaler.net
handbagsworld.org
hot-replicas.com
hotwatch.org

hotwatchshop.com
hotwholesale.net
itbag-online.com
jewelly.net
jewelry-watches.org
jewelry-wholesaler.net
ladies-handbags.net
louis-vuitton-replica.net
luxury-gift.org
luxurysee.com
lv-bags.net
lv-handbags.net
mybagqueen.com
mybagsing.com
my-replica.com
my-replica-watches.com
mywatchebay.com
mywatcheshome.com
mywatchesshop.net
nlshop.net
nnbag.com
okreplicabags.com
onlinewatchsforsale.com
paywatches.com
purseplaza.net
replica031.com
replicaawatches.com
replicaebags.com
replicaewatches.com
replicahandbagst.com
replical.com
replicaluxurywatch.us
replicashandbag.com
replicas-watch.com
replica-watch-shopping.com
rolexonsale.net
sales-luxury.org
sales-watches.net
santa-me.com
shoesbootjeans.com
tick2buy.com
watchec.net
watchepay.com
watcheprice.com
watchesaudemarspiguet.com
watches-brand.com
watchesbreitling.net
watcheschanel.com

```
watches-collection.com
watchesfans.com
watchesfirm.com
watchesgroup.net
watchesguide.net
watcheshelp.com
watcheshop.net
watcheshot.com
watchesluxus.com
watchesmall.net
watchesmeet.com
watchespage.net
watchespay.com
watches-price.com
watchesprice.net
watchesreplica.net
watches-replicas.com
watchesrolex.net
watchess.net
watchesspace.com
watchestrade.com
watchesvip.com
watchgift.net
watchlongines.com
watchomega.net
watchtagheuer.com
wholesalesjewelry.com
wholesaleswatches.com
wholesale-watches.org
win-cn.com
wrbag.com
wubags.com
99replicahandbags.com
allforhandbags.com
chanel-replicabags.com
chanel-replicahandbags.com
designer-handbags-home.com
designer-replica-balenciaga.com
designer-replica-chanel.com
designer-replica-chloe.com
designer-replica-fendi.com
designer-replica-gucci.com
designer-replicahandbag.com
designer-replica-hermes.com
designer-replica-louisvuitton.com
designer-replica-miumiu.com
designer-replica-prada.com
designer-replica-ysl.com
```

discount-replicahandbags.com
fake-designer-handbags.com
fake-replicahandbags.com
fashion-replicahandbags.com
fendi-replicahandbags.com
gucci-replicahandbags.com
handbagsrooms.com
handbags-shopping-mall.com
high-quality-handbags.com
highreplica1.com
louisvuitton-replicahandbags.com
miumiu-replicahandbags.com
prada-replicahandbags.com
replicabags1.com
replicahandbags86.com
replica-handbags-chanel.com
replica-handbags-gucci.com
replica-handbags-home.com
replica-handbags-louisvuitton.com
replica-handbags-stores.com
replicas-watchhome.com
watchesshopping.net
wholesale-replicahandbags.com
ysl-replicahandbags.com

[AMENDED PROPOSED] DEFAULT JUDGMENT
CV 10-00551 MMC