KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:   (415) 249-8330
Facsimile:   (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice*) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> BO LING <br> and DOES 1-10, <br><br> Defendants. | Case No. CV 10-00551 MMC <br><br> **[AMENDED PROPOSED] PERMANENT INJUNCTION** |

THIS MATTER having come before the Court upon Plaintiff Chanel, Inc.'s Motion for Final Default Judgment against Defendant Bo Ling, the Court having granted the Motion, does hereby:

ORDER AND ADJUDGE that Defendant Bo Ling, and his respective officers, agents, servants, employees, alter egos, and attorneys, and all persons in active concert and participation with him are hereby restrained and enjoined from:

(a)   manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Chanel Marks identified in paragraph 3 of the Complaint;

1       (b)    using the Chanel Marks in connection with the sale of any unauthorized goods;

2       (c)    using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendant offered for sale or sold via the domain names identified on the attached Schedule "A" (collectively the "Subject Domain Names") and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel;

      (d)    falsely representing himself as being connected with Chanel, through sponsorship or association;

      (e)    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendant offered for sale and sold via the Subject Domain Names, and/or any other website or business, are in any way endorsed by, approved by, and/or associated with Chanel;

      (f)    using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendant via the Subject Domain Names, and/or any other website or business, including, without limitation, handbags, wallets, shoes, boots, sunglasses, watches, and jewelry;

      (g)    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendant via the Subject Domain Names, and/or any other website or business, as being those of Chanel or in any way endorsed by Chanel;

      (h)    otherwise unfairly competing with Chanel; and

      (i)    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

IT IS SO ORDERED

Dated: <u>August 2, 2010</u>

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

**SCHEDULE "A"**
**SUBJECT DOMAIN NAMES**

2009watches.com
21replicawatch.com
5brandbags.com
5handbags.com
7discounthandbags.com
7luxuryshoes.com
7replicabags.com
7replicas.com
aaa-handbags.com
aaa-replica-watch.com
awatches.net
bagplace.net
bagsbrand.com
bagscenter.net
bagsmall.net
bagss.net
bagssquare.com
bags-watches.com
beauty24shop.net
brand-watches.net
buyswissarmywatches.com
chanel-bags.net
chanel-handbag.net
cheapmenwatches.net
cnreplicas.com
echandbag.net
efashion-replica.com
elux-bags.com
fake-designer.com
fakewatchess.com
fashion163.com
get88items.com
global-replica-watches.com
gods-shopping.com
gowatches.cn
handbagangels.net
handbag-handbags.com
handbags-handbag.com
handbagsmarketing.com
handbags-shopping.com
handbagsshopping.net
handbags-wholesaler.net
handbagsworld.org
hot-replicas.com
hotwatch.org

hotwatchshop.com
hotwholesale.net
itbag-online.com
jewelly.net
jewelry-watches.org
jewelry-wholesaler.net
ladies-handbags.net
louis-vuitton-replica.net
luxury-gift.org
luxurysee.com
lv-bags.net
lv-handbags.net
mybagqueen.com
mybagsing.com
my-replica.com
my-replica-watches.com
mywatchebay.com
mywatcheshome.com
mywatchesshop.net
nlshop.net
nnbag.com
okreplicabags.com
onlinewatchsforsale.com
paywatches.com
purseplaza.net
replica031.com
replicaawatches.com
replicaebags.com
replicaewatches.com
replicahandbagst.com
replical.com
replicaluxurywatch.us
replicashandbag.com
replicas-watch.com
replica-watch-shopping.com
rolexonsale.net
sales-luxury.org
sales-watches.net
santa-me.com
shoesbootjeans.com
tick2buy.com
watchec.net
watchepay.com
watcheprice.com
watchesaudemarspiguet.com
watches-brand.com
watchesbreitling.net
watcheschanel.com

4

watches-collection.com
watchesfans.com
watchesfirm.com
watchesgroup.net
watchesguide.net
watcheshelp.com
watcheshop.net
watcheshot.com
watchesluxus.com
watchesmall.net
watchesmeet.com
watchespage.net
watchespay.com
watches-price.com
watchesprice.net
watchesreplica.net
watches-replicas.com
watchesrolex.net
watchess.net
watchesspace.com
watchestrade.com
watchesvip.com
watchgift.net
watchlongines.com
watchomega.net
watchtagheuer.com
wholesalesjewelry.com
wholesaleswatches.com
wholesale-watches.org
win-cn.com
wrbag.com
wubags.com
99replicahandbags.com
allforhandbags.com
chanel-replicabags.com
chanel-replicahandbags.com
designer-handbags-home.com
designer-replica-balenciaga.com
designer-replica-chanel.com
designer-replica-chloe.com
designer-replica-fendi.com
designer-replica-gucci.com
designer-replicahandbag.com
designer-replica-hermes.com
designer-replica-louisvuitton.com
designer-replica-miumiu.com
designer-replica-prada.com
designer-replica-ysl.com

discount-replicahandbags.com
fake-designer-handbags.com
fake-replicahandbags.com
fashion-replicahandbags.com
fendi-replicahandbags.com
gucci-replicahandbags.com
handbagsrooms.com
handbags-shopping-mall.com
high-quality-handbags.com
highreplica1.com
louisvuitton-replicahandbags.com
miumiu-replicahandbags.com
prada-replicahandbags.com
replicabags1.com
replicahandbags86.com
replica-handbags-chanel.com
replica-handbags-gucci.com
replica-handbags-home.com
replica-handbags-louisvuitton.com
replica-handbags-stores.com
replicas-watchhome.com
watchesshopping.net
wholesale-replicahandbags.com
ysl-replicahandbags.com